■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER CATAPANO, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed, in accordance with the following memorandum: A writ of habeas corpus is not the proper proceeding to challenge the legality of petitioner's confinement in a special housing unit *(People ex rel. Dawson v Smith,* 69 NY2d 689). The habeas corpus proceeding was properly converted to a CPLR article 78 proceeding but, because it was instituted more than four months after the determination, the proceeding should have been dismissed as time barred *(see, People ex rel. Dawson v Smith, supra,* at 691). (Appeal from judgment of Supreme Court, Wyoming County, McCarthy, J.—habeas corpus.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v J. C. JOHNSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). Moreover, on this record, defendant's sentence was neither harsh nor excessive. (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—burglary, second degree.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL LEE TYLER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cattaraugus County Court, Crowley, J.—attempted robbery, first degree.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.